THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREMAINE COSBY, Appellant. [61 NYS3d 498]—

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.) rendered November 19, 2013 convicting defendant, upon his pleas of guilty, of attempted murder in the second degree (two counts) and conspiracy in the second degree, and purportedly imposing sentence, unanimously modified, on the law, to the extent of remanding for pronouncement of sentence on each count of both indictments on the record, and otherwise affirmed.

As the People concede, although there was discussion on the record of the sentences the court intended to impose, the court never formally imposed sentence in accordance with CPL 380.20. Accordingly, the matter is remanded for the sole purpose of pronouncing defendant's sentence on the record (*see e.g. People v Espinal*, 234 AD2d 84 [1996], *lv denied* 89 NY2d 1092 [1997]). Concur—Manzanet-Daniels, J.P., Mazzarelli, Webber and Oing, JJ.